IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>  Defendants. | Case No.: C12-1476 JSC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION (Dkt. No. 7)** |

    Plaintiff, proceeding pro se, filed this action challenging both his termination from the U.S. Army and the California National Guard and his treatment while enlisted.[1] (Dkt. No. 1.) He also filed an application to proceed *in forma pauperis*, which was GRANTED. (Dkt. Nos. 3, 6.) On April 16, 2012, Plaintiff's complaint was dismissed without prejudice due to this Court's lack of jurisdiction over complaints against the United States military. (Dkt. No. 6.) The Court granted Plaintiff leave to file an amended complaint by May 11, 2012 if he could allege 1) claims supported by specific conduct that is not "inherently military" in nature and 2) claims not already brought and decided in Plaintiff's previous cases in this district. (Dkt. No. 6.)

---

[1] Plaintiff consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 5.)

Plaintiff did not file an amended complaint; however, on July 12, 2012, Plaintiff filed a request for reconsideration. (Dkt. No. 7.) For the same reasons set forth in the dismissal, Plaintiff's complaint remains defective, and the Court declines to reconsider this ruling. The Court likewise cannot grant Plaintiff's request for pro bono counsel. The Court again notes that free legal services for veterans may be available at a number of organizations in the Bay Area, including Swords to Plowshares, located at 1060 Howard Street in San Francisco, (415) 252-4788, http://www.swords-to-plowshares.org/. Accordingly, Plaintiff's motion for reconsideration is DENIED. As Plaintiff did not file an amended complaint and has not articulated any basis for federal jurisdiction, this action is DISMISSED for lack of subject matter jurisdiction.

This Order disposes of Docket No. 7. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE